UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE HERNANDEZ,
     Plaintiff,

v.                                        C.A. No. 09-467 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
     Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on January 21, 2010, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Assented-to Motion to Remand under Sentence Four of 42 U.S.C. §405(g) is GRANTED, judgment hereby enters for the Plaintiff, and the matter is remanded for further administrative proceedings.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/9/10